UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LAUREN L. HUTSON,

    Plaintiff,

v.                                                            Case No. 1:16-CV-1252

RELIANCE STANDARD LIFE                HON. GORDON J. QUIST
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

    In accordance with the Opinion entered today,

    **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Administrative Record (ECF No. 7) is **GRANTED**, Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 8) is **DENIED**, and Defendant's decision denying Plaintiff's claim for benefits is **AFFIRMED**.

    This case is **concluded**.


Dated: November 29, 2017                                /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE